UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET R. STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-1108 (RJL) |
| | ) |
| STEVE PRESTON, Secretary of Housing And Urban Development, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Steve Preston, Secretary of the United States Department of Housing and Urban Development, through his undersigned counsel, respectfully moves to extend his deadline for filing a response to the complaint in this case.  Specifically, defendant requests that the deadline for responding to this complaint be extended from September 2, 2008 to September 25, 2008.  This is the defendant's first request for an extension to respond to the Complaint in this matter.  Plaintiff, through her counsel, graciously consents to the relief being sought in this motion, and the grounds for this motion are set forth below.

Plaintiff, who is currently employed at the GS-15 level at the Department of Housing and Urban Development ("HUD"), brings this action under Title VII of the 1964 Civil Rights Act alleging unlawful discrimination and retaliation in her employment.  The complaint includes claims for disparate treatment as well as based on a hostile working environment.

The U.S. Attorney's Office was served with the summons and complaint in this case on July 2, 2008. Accordingly, defendant's response is currently due on September 2, 2008. Personnel assigned to assist with the defense of this matter recently provided the U.S. Attorney's Office with a litigation report and the administrative record of the agency's investigation of plaintiff's administrative complaints. Although the Assistant United States Attorney assigned to handle this matter has had an opportunity to review these materials, there remain some additional areas of inquiry which she would like to pursue before responding to the complaint. As a result, the AUSA has not yet had enough time to consult with HUD and to prepare a response to the complaint. The amount of extra time being requested to complete necessary consultation, drafting, and review of defendant's initial response takes into account the need to accommodate defense counsel's plans to be out of the office from September 8-19, 2008.

This motion is filed in good faith and granting it will not unduly or unfairly prejudice plaintiff or delay the Court's ability to resolve this case. Indeed, allowing Defendant a reasonable and sufficient amount of time at the outset to file an appropriate response may ultimately streamline this piece of litigation.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including September 25, 2008. A draft order consistent with the relief sought herein is attached.

Dated: September 2, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

-2-

                                                RUDOLPH CONTRERAS, D.C. BAR # 434122  
                                                Assistant United States Attorney

                                                /s/  
                                                JANE M. LYONS, D.C. BAR # 451737  
                                                Assistant United States Attorney  
                                                Civil Division  
                                                555 Fourth Street, N.W.- Room E4822  
                                                Washington, D.C.  20530  
                                                (202) 514-7161

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARGARET R. STEPHENS, )
)
    Plaintiff, )
)
v. ) Civil Action No. 08-1108 (RJL)
)
STEVE PRESTON, Secretary of Housing )
  And Urban Development, )
)
    Defendant. )

**O R D E R**

UPON CONSIDERATION of Defendant's Consent Motion for Extension of Time to Respond to the Complaint and the record herein, and it appearing that good cause exists for the requested extension, it is by the Court this _____ day of _____, 2008,

ORDERED, the Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED, that Defendant shall have through and including September 25, 2008 to file a response to the Complaint.

_____
RICHARD J. LEON
United States District Court Judge

Copies:  By ECF to Counsel of Record